UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE K. WONG,<br>          Plaintiff,<br>     v.<br>EUGENE D MAZO,<br>          Defendant. | Case No.15-cv-03860-NC<br><br>**NOTICE OF DEFICIENCY** |

Defendant's reply brief for his motion to dismiss was due on October 13, 2015. The Court has not received the reply, or a notice that none will be filed. Defendant must file a reply or notify the Court that none will be filed by October 20, 2015.

For additional resources on proceeding pro se, the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated:  October 16, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-03860-NC